IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NEKISHA S. ROBINSON, on behalf of O.Z.J., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| LILLY ALEXANDER, M.D., and PRO ASSURANCE, | ) ) ) |
| Defendants. | ) |

CASE NO. 2:14-CV-936-WKW
[WO]

## **ORDER**

On December 11, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 9.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED as follows:

(1)   The Recommendation (Doc. # 9) is ADOPTED;

(2)   Plaintiff's state-law claims are DISMISSED without prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B); and

(3)   this action is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(h)(3).

A separate final judgment will be entered.

DONE this 9th day of January, 2015.

                                            /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE